DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 502P12 | State v. Matthew Vernon Rawls | 1. Def's Petition for *Writ of Habeas Corpus*<br><br>2. Def's Motion for Proceed *In Forma Pauperis* | 1. See Special Order **1/11/13**<br><br>2. See Special Order **1/11/13** |
|---|---|---|---|
| 503P12 | State v. Robert Keith Rainey | Def's *Pro Se* Motion to Dismiss | Dismissed |
| 507P12 | Executive Medical Transportation, Inc., T/A Executive Transportation of North Carolina, Inc. v. Jones County Department of Social Services and the County of Jones | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-573) | Denied<br><br><br><br>**Beasley, J., Recused** |
| 508P12 | State v. Catrell Gerome Holloway | Def's PDR Under N.C.G.S. § 7A-31 (COA12-433) | Denied |
| 510A12 | State v. Robin Eugene Land | 1. Def's NOA Based Upon a Dissent (COA11-1484)<br><br>2. Def's PDR as to Additional Issues Under N.C.G.S. § 7A-31 | 1. - - -<br><br>2. See Special Order |
| 511P12 | Marty L. Sellers, Employee v. McArthur Supply, Employer; Penn National Claims, Carrier | 1. Defs' Motion for Temporary Stay (COA12-700)<br><br>2. Defs' Petition for *Writ of Supersedeas*<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/13/12**<br><br>2.<br><br>3. |
| 512P12 | State v. Chester Wayne Davis | Def's PDR Under N.C.G.S. § 7A-31 (COA12-301) | Denied |
| 513P12 | Michael Joseph Allender, Employee v. Starr Electric Company, Inc., Employer; General Casualty Insurance Company, Carrier | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-349)<br><br>2. Plt's Motion to Stay Consideration of PDR | 1.<br><br>2. Denied **01/09/13** |
| 514P12 | State v. William Stevenson Phillips | Def's PDR Under N.C.G.S. § 7A-31 (COA12-415) | Denied |